JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEAH CARR RUSH,<br><br>     Debtor,<br><br>vs.<br><br>AMAZON.COM INC.; and DOES 1 TO 25 Inclusive,<br><br>     Defendants. | Case No. 5:16-cv-00552-RGK(ASx)<br><br>(Honorable R. Gary Klausner)<br>Courtroom: 850<br><br>**ORDER ON STIPULATION RE REMAND OF MATTER TO STATE COURT (28 U.S.C. §1447)**<br><br>Removal filed: March 25, 2016 |

Pursuant to the stipulation of the parties, this case shall be remanded to the Superior Court of the State of California for the County of San Bernardino. After remanding this action, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED:

DATED: May 17, 2016

_____
UNITED STATES DISTRICT JUDGE